LAUREL SPORTS ACTIVITIES, INC., RESPONDENT, v. U. C. C. OF NEW JERSEY, APPELLANT.

Submitted October 31, 1947—Decided January 29, 1948.

For the appellant, *Charles A. Malloy* (*Herman D. Ringle*, of counsel).

For the respondent, *William K. Flanagan.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 8.

*For reversal*—DONGES, HEHER, COLIE, EASTWOOD, JJ. 4.